Edward Stankiewicz and Alex Biskup, Plaintiffs, v. Perry E. Irvine et al., Appellees. Appeal of Heitmann Lumber Company, Appellant.

Gen. No. 41,833.

opinion filed June 25, 1941. Litsinger, Bye, Gatenbey, Spuller & McNeill, for appellant; Lawrence Spuller, of counsel; no appearance for appellees. Opinion by PRESIDING JUSTICE BURKE. ''Not to be published in full.''